DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAMAEL BELL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-1258

[April 8, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Sherri L. Collins, Judge; L.T. Case No. 502023CF006805A.

Daniel Eisinger, Public Defender, and Jeffrey L. Anderson, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Luke R. Napodano, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See, inter alia, Carter v. State*, 423 So. 3d 425 (Fla. 4th DCA 2025) (citing cases that rejected challenges to the constitutionality of section 790.23); *Guzman v. State*, 350 So. 3d 72, 73 (Fla. 4th DCA 2022) (noting that this court has no authority to overrule the United States Supreme Court precedent that held the use of a jury with only six members was constitutional).

KLINGENSMITH, SHAW and LOTT, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***